AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Sterilite Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-cv-11485 |
| Centrex Plastics, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Centrex Plastics, LLC                                                                                                           .

Date:   08/07/2013

/s/ Erin E. Bryan
*Attorney's signature*

Erin E. Bryan #675955
*Printed name and bar number*
Banner & Witcoff Ltd.
28 State Street
Suite 1800
Boston, MA 02109

*Address*

ebryan@bannerwitcoff.com
*E-mail address*

(617) 720-9600
*Telephone number*

(617) 720-9601
*FAX number*